# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

    IN THE MATTER OF REASSIGNMENT

                                  NOTICE OF REASSIGNMENT

        OF

 CASES FROM HON.  J. PAUL OETKEN

-------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

               HON. KATHERINE POLK FAILLA

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: June 19, 2013

                                Ruby J. Krajick, CLERK

                                Philip Guarnieri
                By: _____
                                Deputy Clerk

cc: Attorneys of Record

Judge J. Paul Oetken to Judge Katherine Polk Failla

09-cv-2518
09-cv-7196
10-cv-5142
10-cv-9371
11-cv-1958
11-cv-2589
11-cv-3144
11-cv-4253
11-cv-6685
11-cv-6983
12-cv-1069