UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
EASTMAN CHEMICAL CO.,                                       :
                                                            :
                                      Plaintiff,            :
                         v.                                 :
                                                            :
NESTLE WATERS MANAGEMENT &                                  :
TECHNOLOGY,                                                 :
                                                            :
                                      Defendant.            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___08/07/2013___

11 Civ. 2589 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed the parties' joint status letter dated July 12, 2013, and noted that the parties have expressed a desire to meet for a settlement conference before Magistrate Judge Pitman. Judge Pitman's chambers have advised that the parties have not yet scheduled such a conference. According the parties are hereby ORDERED to provide a joint letter to the Court by **August 19, 2013**, including the following information:

1)  whether the parties still seek a settlement conference before Judge Pitman; and

2)  the date on which the parties now anticipate expert discovery will conclude.

If the parties no longer believe that a settlement conference will be fruitful, the Court will schedule a conference after the end of expert discovery to set a briefing schedule for motions for summary judgment.

SO ORDERED.

Dated:   August 7, 2013
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge