```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 20, 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
EASTMAN CHEMICAL CO., :
:
                 Plaintiff, :     11 Civ. 2589 (KPF)
      v. :
:     ORDER
NESTLE WATERS MANAGEMENT & :
TECHNOLOGY, :
:
                 Defendant. :
:
-----------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a status conference on **November 12, 2013, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

      SO ORDERED.

Dated:  August 20, 2013
          New York, New York

                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge