# ReedSmith



**Evan K. Farber**
Direct Phone: +1 212 521 5409
Email: ekfarber@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 29, 2013

**Via Email to Orders & Judgments Clerk**

Honorable Henry B. Pitman
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Application granted.
SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
8/29/13

Re: **Eastman Chemical Co. v. Nestlé Waters Mgmt. & Tech., 11 CV 2589 (KPF) (HBP)**

Dear Judge Pitman:

I write pursuant to Local Civil Rule 1.4 to request that Your Honor so order my withdrawal and that of my law firm, Reed Smith LLP ("Reed Smith"), as counsel to defendant Nestlé Waters Management & Technology ("Nestlé") in the above-captioned matter.

As Your Honor is aware, I was working with Harry Rimm on this matter when he was employed at Reed Smith. Several months ago, Mr. Rimm moved to a different law firm and took this case with him. Accordingly, I am no longer involved in this matter.

Pursuant to Local Civil Rule 1.4, neither Reed Smith nor I are asserting a retaining or charging lien on Nestlé. I have also communicated this request to Nestlé and to Mr. Rimm, and both have consented to this request.

I appreciate the Court's consideration of this request.

Very truly yours,

Evan K. Farber

cc: Harry H. Rimm, Esq. (via email)
Marshall Beil, Esq. (via email)