USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
EASTMAN CHEMICAL CO.,                                  :
:
                              Plaintiff,     :        11 Civ. 2589 (KPF)
          v.                                                       :
:        ORDER
NESTLE WATERS MANAGEMENT &                  :
TECHNOLOGY,                                                :
:
                            Defendant.   :
:
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

        The parties are hereby ORDERED to appear for a status conference on **December 18, 2013, at 3:15 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any party seeking to file a dispositive motion in this action should file a pre-motion letter with the Court by **December 10, 2013**. Any party intending to oppose its adversary's anticipated motion will file a letter laying out its position by **December 13, 2013**.

        SO ORDERED.

Dated: November 13, 2013
       New York, New York

                                                              KATHERINE POLK FAILLA
                                                           United States District Judge