UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EASTMAN CHEMICAL COMPANY,  :
:
                Plaintiff,  :  Case No: 11-CV-2589 (KPF) (HBP)
:
  -against-  :
:  **NOTICE OF APPEARANCE**
NESTLÉ WATERS MANAGEMENT &  :
TECHNOLOGY,  :
:
                Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned, S. Amy Spencer, hereby enters her appearance as counsel for Plaintiff Eastman Chemical Company in the captioned matter. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at her address listed below. I certify that I am admitted to practice in this Court.

Dated: November 14, 2013

                            **McGUIREWOODS LLP**

**By:** */s/ S. Amy Spencer*
      Suzanne Amy Spencer
      *aspencer@mcguirewoods.com*
      McGuireWoods LLP
      1345 Avenue of the Americas, 7th Floor
      New York, New York 10105
      Telephone: (212) 548-2162
      Facsimile: (212) 715-2310
      *Counsel for Plaintiff*

52354351_1