```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                      :
EASTMAN CHEMICAL CO.,                 :
                                                                      :
                                     Plaintiff,      :         11 Civ. 2589 (KPF)
               v.                                                    :
                                                                      :              <u>ORDER</u>
NESTLE WATERS MANAGEMENT &    :
TECHNOLOGY,                               :
                                                                    :
                                     Defendant.   :
                                                                     :
------------------------------------------------------------ X

KATHERINE POLK FAILLA, District Judge:

       For the reasons discussed at the conference of November 12, 2013, the Clerk of Court is respectfully directed to strike and delete docket entry 64.

       SO ORDERED.

Dated:  November 14, 2013
            New York, New York

                                                                          KATHERINE POLK FAILLA
                                                                     United States District Judge