UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

EASTMAN CHEMICAL COMPANY, Plaintiff,

Case No. 11-cv-2589 (KPF)(HBP)

-against-

NESTLE WATERS MANAGEMENT
& TECHNOLOGY,  Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**S. Amy Spencer**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AS0220     My State Bar Number is 4898854

I am,
[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Latham & Watkins LLP
            FIRM ADDRESS: 885 3rd Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-906-1200
            FIRM FAX NUMBER: 212-751-4864

NEW FIRM:   FIRM NAME: McGuireWoods LLP
            FIRM ADDRESS: 1345 Avenue of the Americas, New York, NY 10105
            FIRM TELEPHONE NUMBER: 212-548-2100
            FIRM FAX NUMBER: 212-548-2150

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 12/10/2013

ATTORNEY'S SIGNATURE