

Sullivan & Worcester LLP
1633 Broadway
New York, NY  10019

T 212 660 3000
F 212 660 3001
www.sandw.com

December 20, 2013

**VIA ECF AND EMAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    **Eastman Chemical Co. v. Nestlé Waters Mgmt. & Tech., 11 CV 2589 (KPF) (HBP)**

Dear Judge Failla:

    On behalf of defendant Nestlé Waters Management & Technology ("Nestlé"), we have no objection if Your Honor decides Nestlé's Motion for Leave to Amend its Answer and Counterclaims. With the Court's permission, we will file motion papers and courtesy copies in accordance with Your Honor's Individual Rules.

Respectfully yours,

Harry H. Rimm

cc:    Marshall Beil, Esq. (Via Email)

BOSTON   NEW YORK   WASHINGTON, DC