UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
EASTMAN CHEMICAL COMPANY,

          Plaintiff,

     - against -

NESTLÉ WATERS MANAGEMENT &
TECHNOLOGY,

          Defendant.

------------------------------------ x

Case No. 11-cv-2589 (KPF)(HBP)

**NOTICE OF MOTION
FOR LEAVE TO AMEND
ANSWER AND COUNTERCLAIMS**

    PLEASE TAKE NOTICE that, upon the Declaration of Nita Kumaraswami, dated November 26, 2013, the accompanying memorandum of law, and all prior pleadings and proceedings had herein, defendant Nestlé Waters Management & Technology, pursuant to Fed. R. Civ. P. 15(a), will move this Court, Honorable Henry B. Pitman, in Courtroom 18A of the United States Courthouse located at 500 Pearl Street, New York, New York, for leave to amend its Answer and Counterclaims.

    PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), any opposing affidavit or memorandum of law shall be served within fourteen days after service of this motion.

Dated: New York, New York
       November 26, 2013

SULLIVAN & WORCESTER LLP

By: _____
    Harry H. Rimm
    Nita Kumaraswami
1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Defendant
Nestlé Waters Management & Technology*

To:    Marshall Beil, Esq.
       McGUIRE WOODS LLP
       1345 Avenue of the Americas, 7th Floor
       New York, New York 10105-0106
       Telephone: (212) 548-7004
       Facsimile: (212) 548-2150

       *Attorneys for Plaintiff Eastman Chemical Company*