UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

EASTMAN CHEMICAL COMPANY,

           Plaintiff,

   - against -

NESTLÉ WATERS MANAGEMENT & TECHNOLOGY,

           Defendant.

------------------------------------------------------------ x

Case No. 11-cv-2589 (KPF)(HBP)

**DECLARATION OF
NITA KUMARASWAMI**

NITA KUMARASWAMI, pursuant to 28 U.S.C. § 1746, declares:

1. I am an attorney with the law firm of Sullivan & Worcester LLP, counsel to defendant Nestlé Waters Management & Technology ("Nestlé"). I submit this declaration in support of Nestlé's Motion for Leave to Amend its Answer and Counterclaims.

2. Attached hereto as Exhibit A is a true and correct copy of Nestlé's Answer and Counterclaims (ECF No. 51).

3. Attached hereto as Exhibit B is Nestlé's proposed Amended Answer and Counterclaims.

4. Attached as Exhibit C is a redline comparing Nestlé's Answer and Counterclaims with its proposed Amended Answer and Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 26, 2013

                                                                     Nita Kumaraswami