UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/14
```

------------------------------- x
EASTMAN CHEMICAL COMPANY,       :
                                :
              Plaintiff,        :   ECF Case
                                :
      v.                        :   11 CV 2589 (KPF) (HBP)
                                :
NESTLÉ WATERS MANAGEMENT &      :   **[PROPOSED] ORDER TO FILE**
TECHNOLOGY,                     :   **DOCUMENTS UNDER SEAL**
                                :
              Defendant.        :
                                :
------------------------------- x

Exhibits 2, 3, and 5 to Docket No. 95, Declaration of Marshall Beil, filed on December 23, 2013, are hereby filed under seal pursuant to the Stipulated Protective Order (Docket No. 32) operative in this case.

SO ORDERED.

_____
~~U.S.D.J.~~/ U.S.M.J.

Dated: New York, New York
       January 2, 2014