```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

EASTMAN CHEMICAL COMPANY,            :

                Plaintiff,           :     11 Civ. 2589 (KPF)(HBP)

  -against-                         :     ORDER

NESTLE WATERS MANAGEMENT &           :
TECHNOLOGY,
                                     :
                Defendant.
                                     :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        Plaintiff has submitted document EMN-00029490-93 for in camera of the portions redacted as privileged.  I conclude that the redacted material constitutes a description of certain factual research performed by plaintiff's legal department in anticipation of litigation and has been properly redacted as work product material.

Dated:  New York, New York
        January 21, 2014

                              SO ORDERED

                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

Marshall Beil, Esq.
McGuireWoods LLP
7th Floor
1345 Avenue of the Americas
New York, New York  10105

Harry H. Rimm, Esq.
Sullivan & Worcester LLP
32nd Floor
1633 Broadway
New York, New York  10019