UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

EASTMAN CHEMICAL COMPANY,                    :

               Plaintiff,          :          11 Civ. 2589 (KPF)(HBP)

   -against-                                 :          ORDER

NESTLE WATERS MANAGEMENT &                   :
TECHNOLOGY,
                         :

           Defendant.          :
-----------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/14

        PITMAN, United States Magistrate Judge:

        Oral argument having been heard this day on defendant's motion to amend its answer and counterclaims to assert a third counter claim alleging breach of contract, for the reasons stated on the record in open court, it is hereby ORDERED that defendant's motion is denied, and the Clerk of the Court is directed to mark Docket Item 90 as closed.

Dated:  New York, New York
       January 21, 2014

                              SO ORDERED

                              HENRY PITMAN
                              United States Magistrate Judge

Copies transmitted to:

Marshall Beil, Esq.
McGuireWoods LLP
7th Floor
1345 Avenue of the Americas
New York, New York  10105

Harry H. Rimm, Esq.
Sullivan & Worcester LLP
32nd Floor
1633 Broadway
New York, New York  10019