

Sullivan & Worcester LLP
1633 Broadway
New York, NY  10019

T 212 660 3000
F 212 660 3001
www.sandw.com

February 14, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  02/14/2014
```

**MEMO ENDORSED**

<u>VIA ECF AND EMAIL</u>

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   <u>Eastman Chemical Co. v. Nestlé Waters Mgmt. & Tech., 11 CV 2589 (KPF) (HBP)</u>

Dear Judge Failla:

On behalf of defendant Nestlé Waters Management & Technology ("Nestlé"), I write to request respectfully a slight modification to the briefing schedule set forth in Your Honor's December 18, 2013 Order as follows:

|  | Current Schedule | Proposed New Schedule |
|---|---|---|
| Opening Briefs | March 3, 2014 | March 18, 2014 |
| Opposition Briefs | April 7, 2014 | April 25, 2014 |
| Reply Briefs | April 28, 2014 | May 9, 2014 |

No prior request for similar relief has been submitted, and plaintiff consents to the proposed new schedule.  We respectfully request that Your Honor "so order" the proposed new schedule.

Respectfully yours,

*Harry H. Rimm*

Harry H. Rimm

cc:   Marshall Beil, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC

Application GRANTED. Moving papers shall be due by March 18, 2014; opposition papers shall be due by April 25, 2014; and reply papers shall be due by May 9, 2014.

Dated:     February 14, 2014                SO ORDERED.
           New York, New York

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE