

Sullivan & Worcester LLP
1633 Broadway
New York, NY  10019

T 212 660 3000
F 212 660 3001
www.sandw.com

March 4, 2014

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>**Eastman Chemical Co. v. Nestlé Waters Mgmt. & Tech., 11 CV 2589 (KPF) (HBP)**</u>

Dear Judge Failla:

      On behalf of defendant Nestlé Waters Management & Technology ("Nestlé"), we write in connection with Nestlé's contemplated summary judgment motion to request leave to file a supporting memorandum that is longer than 25 pages.

      As the Court may recall, this case involves three causes of action covering 22 separate months and hundreds of thousands of pages of documents produced by the parties, and Nestlé intends to move in connection with each of the three causes as outlined in my December 10, 2013 letter to Your Honor.

      For these reasons, Nestlé respectfully requests leave to file a supporting memorandum that is no longer than 50 pages.

Respectfully yours,

Harry H. Rimm

cc: Marshall Beil, Esq. (Via Email)