**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Marshall Beil
Direct: 212.548.7004

**McGuireWoods**

mbeil@mcguirewoods.com
Fax: 212.715.2319

March 4, 2014

**Via ECF**

Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Eastman Chemical Co. v Nestlé Waters Management & Technology*
S.D.N.Y., 11-cv-2589 (KPF)(HBP)

Dear Judge Failla:

On behalf of plaintiff Eastman Chemical Company ("Eastman") which is also preparing a motion for summary judgment, I write to join Nestlé's request for leave to file a supporting memorandum that is longer than 25 pages. Thirty-five to forty pages should suffice.

Thank you for your consideration and attention to this matter.

Respectfully,

Marshall Beil

cc: Harry H. Rimm (via email)

54771288_1

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington