USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 4, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    EASTMAN CHEMICAL CO.,

                                  Plaintiff,          11 Civ. 2589 (KPF)
         v.

                                                        ORDER
    NESTLE WATERS MANAGEMENT &
    TECHNOLOGY,

                                Defendant.
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

       The Court has received the parties' letters of March 4, 2014. The Court notes that its Individual Rules do not provide for reply letters in connection with applications of this type.

       The page limit for the opening briefs with respect to the parties' anticipated motions for summary judgment is hereby extended to 40 pages. This Order makes no alteration to the page limit for subsequent opposition or reply briefs.

       SO ORDERED.

Dated: March 4, 2014
       New York, New York

                                                                 _____
                                                          KATHERINE POLK FAILLA
                                                       United States District Judge