**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Marshall Beil
Direct: 212.548.7004

# McGUIREWOODS

mbeil@mcguirewoods.com
Fax: 212.715.2319

April 11, 2014

*The schedule proposed herein is approved*

**SO ORDERED**

_[signature]_
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-15-14

**Via ECF**

Honorable Katherine Polk Failla, United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*Eastman Chemical Co. v Nestlé Waters Management & Technology*
**S.D.N.Y., 11-cv-2589 (KPF)(HBP)**

Dear Judge Failla:

This letter is written on behalf of both parties. The parties have scheduled a mediation session in New York with former Magistrate Judge Theodore H. Katz, now with JAMS, for April 25, 2014. Client representatives based in Tennessee and France will be attending in person. That is also the due date for opposition papers on the parties' motions for summary judgment and to exclude expert testimony. To enable the parties to prepare for the mediation session and to follow up after the initial session as appropriate, and in the hope that mediation will eliminate the need for further motion papers, the parties jointly request that the motion schedule be adjourned as follows:

Opposition papers – from Friday, April 25, 2014 to Monday, May 12, 2014

Reply papers – from Friday, May 9, 2014 to Friday, May 30, 2014.

The extra week's adjournment for the reply papers is to allow additional time to prepare the replies as the motions cover many claims and issues, and to accommodate my personal plans to attend a family wedding in Israel the week of May 19th.

Thank you for your consideration and attention to this matter.

Respectfully,

_[signature]_
Marshall Beil

cc: Harry H. Rimm, Esq. (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/14

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington