USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EASTMAN CHEMICAL COMPANY,

                Plaintiff,

-against-

NESTLÉ WATERS MANAGEMENT & TECHNOLOGY,

                Defendant.

------------------------------------x

Case No: 11-CV-2589 (KPF) (HBP)

**STIPULATION OF DISMISSAL**

WHEREAS, the parties have fully resolved the issues in dispute in this action and wish to discontinue the litigation,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties by their respective counsel that, pursuant to Fed.R.Civ.P. 41(a), this action, and all claims, counterclaims, defenses and proposed counterclaims asserted in this action, are dismissed with prejudice and without costs to either party.

Dated: New York, New York
       April 30, 2014

_____
Harry H. Rimm
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
(212) 660-3000
*Attorneys for Defendant*
*Nestle Waters Management & Technology*

_____
Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(212) 548-2100
*Attorneys for Plaintiff*
*Eastman Chemical Company*

SO ORDERED:

Dated: New York, New York
      May 1, _____, 2014

_____
United States District Judge